UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN WHITAKER,<br><br>       Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO, *et al*.,<br>       Defendants. | Civil No. 15-CV-1286-GPC (WVG)<br><br>ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE |

The Court convened a telephonic Settlement Disposition Conference on December 18, 2015 at 8:30 a.m.  After a discussion with the Parties, the Court sets another telephonic Settlement Disposition Conference for December 24, 2015, at 7:30 a.m. Only counsel must participate. The Court will initiate the call.  Counsel intending to appear at the Settlement Disposition Conference must provide their contact information to the Court no later than December 23, 2015, at 2:00 p.m. In the event that Plaintiff has moved to dismiss all remaining Defendants, and all conditions of the settlement are satisfied on or before that date, the Settlement Disposition Conference will be automatically vacated. IT IS SO ORDERED.

DATED:  December 18, 2015

Hon. William V. Gallo
U.S. Magistrate Judge

1

15CV1286